HADDA L. ROCHE v. HAROLD A. ROCHE, SR.

January 29, 1974. Petition for certification denied.

DONALD FORD v. ROSE DEITELBAUM MIMKON.

January 29, 1974. Petition for certification granted. (See 125 *N. J. Super.* 420)

STATE OF NEW JERSEY v. CARL A. DAVIS.

January 29, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. PETER L. BARBETTO, SR.

January 29, 1974. Petition for certification denied.

ALBERT I. WIGLER v. CITY OF NEWARK.

January 29, 1974. Petition for certification denied. (See 125 *N. J. Super.* 179)

STATE OF NEW JERSEY v. JOHN HOEY.

January 29, 1974. Petition for certification denied.